# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**WILLIE JOE TIDWELL**                                               **PLAINTIFF**

v.                          No: 4:22-cv-00045 KGB-PSH

**JACKSON,** *et al.*                                                **DEFENDANTS**

## PROPOSED FINDINGS AND RECOMMENDATION

## INSTRUCTIONS

The following Recommendation has been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

## DISPOSITION

Plaintiff Willie Joe Tidwell filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on January 18, 2022 (Doc. No. 1). On January 20, 2022, the Court entered an order directing Tidwell to submit the full $402.00 filing and administrative fees or file a fully completed IFP application within 30 days. *See* Doc. No. 2. Tidwell was

cautioned that failure to comply with the Court's order within that time could result in the recommended dismissal of his case. *Id.* Tidwell filed a document on February 2, 2022, identified by the Clerk as a "notice." Doc. No. 3. In it, he reasserted the claim from his complaint, and requested help, stating he had no money and did not know or understand what he needed to do. On March 9, 2022, the Court entered an order giving Tidwell another 30 days to file a complete IFP application. Doc. No. 4. Tidwell was cautioned again that failure to comply with the Court's order within that time could result in the recommended dismissal of his case. *Id.*

On April 5, 2022, Tidwell filed a notice asking where to send his payment and asking that his mail be sent to a new free-world address (Doc. No. 6). On April 6, 2022, the Court ordered Tidwell to submit the $402.00 filing and administrative fees, or to complete and sign the IFP application, and file it within 30 days (Doc. No. 7). The Court also provided Tidwell with instructions should he choose to pay the filing and administrative fees. *Id.* Tidwell was cautioned that failure to comply with the Court's order within that time would result in the recommended dismissal of his case, without prejudice, pursuant to Local Rule 5.5(c)(2). *Id.*

More than 30 days have passed, and Tidwell has not complied or otherwise responded to the April 6 order. He has not submitted an IFP application or paid the requiring filing and administrative fees. Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule

5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

It is therefore recommended that Tidwell's complaint (Doc. No. 1) be dismissed without prejudice.

DATED this 11th day of May, 2022.

_____
UNITED STATES MAGISTRATE JUDGE