# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**WILLIE JOE TIDWELL**                                                                 **PLAINTIFF**

v.                              Case No. 4:22-cv-00045-KGB-PSH

**JACKSON**, *et al.*                                                                   **DEFENDANTS**

## ORDER

Before the Court are the Proposed Findings and Recommendation ("Recommendation") submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 8). Plaintiff Willie Joe Tidwell has not filed any objections, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects. Accordingly, Mr. Tidwell's complaint is dismissed without prejudice for failure to prosecute (Dkt. No. 1). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

It is so ordered this 3rd day of February, 2023. .

                                                           Kristine G. Baker
                                                           United States District Judge